**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

21-MC-22022-UNA/JG

FILED BY ___NJC___ D.C.

Jun 1, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE MATTER OF
THE EXTRADITION OF
MARK BENJAMIN

_____/

**COMPLAINT**
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligations to the United Kingdom.

2. There is an extradition treaty in force between the United States and the United Kingdom, the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland, U.S.-U.K., Mar. 31, 2003, S. Treaty Doc. No. 108-23 (2004), *as amended by* the Instrument as Contemplated by Article 3(2) of the Agreement on Extradition between the United States of America and the European Union Signed June 25, 2003, as to the Application of the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland Signed March 31, 2003, Dec. 16, 2004, S. Treaty Doc. No. 109-14 (2006) (collectively referenced hereafter as the "Treaty").

3. The Treaty provides in Article 12 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting

documents.

4. In accordance with Article 12 of the Treaty, the Government of the United Kingdom has asked the United States for the provisional arrest of Mark Benjamin ("BENJAMIN") with view towards his extradition.

5. According to the information provided by the Government of the United Kingdom, between around May 23, 2019, and January 17, 2020, BENJAMIN committed child cruelty, in violation of Section 1 of the Children and Young Persons Act 1933, which is punishable by up to ten years' imprisonment.

6. The offense is alleged to have been committed within the jurisdiction of the United Kingdom. A warrant for BENJAMIN's arrest was issued on October 27, 2020, by a District Judge for the Highbury Corner Magistrates' Court.

7. The warrant was issued on the basis of the following facts:

a. On or about January 24, 2020, the United Kingdom ("UK") Social Services reported to the police that V.B., who was then 10 or 11 years old, had told her friends at school that her father, BENJAMIN, had been hitting her. In addition, the school reported that over the previous several weeks, V.B. had looked very thin and was not wearing the correct shoes, and her hair had not been brushed properly.

b. A UK Detective Constable ("DC"), Jeya Rajeskanna, along with a social worker, interviewed V.B., who stated that BENJAMIN had punched her in the face, ear, and head on the previous Thursday (January 16, 2020), causing a cut to her upper right ear and a lump to the top left side of her head. She also stated that her father had punched her in the face in May 2019,

causing a black eye, and that during the past two years, he had made her strip to her underwear and hit her on the buttocks with a slipper.

  c. On or about January 29, 2020, a consultant pediatrician examined V.B. and confirmed that her body bore marks representing bruising, swelling, and an abrasion, consistent with her statement.

  d. On or about January 30, 2020, UK authorities again interviewed V.B. At that time, she stated that her father had assaulted her on the last day of school in May 2019 (May 24, 2019), causing a black eye and bruising; and that immediately thereafter, he had taken her and her siblings to Rome, which prevented her mother from seeing the injuries. V.B. also stated that BENJAMIN had assaulted her in January 2020 by hitting her in the face and head. In addition, she described being slapped in the face by her father on approximately a bi-weekly basis. When asked about being beaten on her buttocks with a slipper, V.B. became distraught and did not want to discuss it.

  e. On or about January 24, 2020, BENJAMIN was arrested in the United Kingdom on the basis of these allegations. DC Rajeskanna interviewed BENJAMIN the following day. During the interview, through his attorney, BENJAMIN denied the allegations. He was subsequently released on bond.

  f. In July 2020, UK authorities discovered that BENJAMIN had left the United Kingdom and was residing in Miami, Florida.

  g. On or about May 19, 2021, V.B.'s mother gave a statement in which she said that she had witnessed BENJAMIN beating V.B. on her bare buttocks with a shoe in or around June

or July 2019. She further stated that in or around July 2019, V.B.'s ear was swollen, and V.B. told her that BENJAMIN had hit her.

8. The offense that BENJAMIN is alleged to have committed is provided for in Article 2 of the Treaty.

9. According to a public records search conducted by the U.S. Marshals Service, BENJAMIN may be found within the jurisdiction of this Court at 308 NE 58th Street, Miami, Florida 33137.

10. The Government of the United Kingdom has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty, within the time required under the Treaty.

11. BENJAMIN would be likely to flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with Title 18, United States Code, Section 3184, and the Treaty between the United States and the United Kingdom, and that this Complaint and the Arrest Warrant be placed under seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

_____
MANOLO REBOSO
Assistant United States Attorney

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __28th__ day of May 2021, in Miami Florida.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA